UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| EDWIN PARKER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 6:21-cv-00636-AKK-NAD |
| | ) |
| SHERIFF MOORE, et al., | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Petitioner Edwin Parker filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Doc. 1.  On July 1, 2022, the magistrate judge entered a report and recommendation that this petition be dismissed without prejudice based on Parker's failure to exhaust his state court remedies.  Doc. 22.  The magistrate judge further recommended that the court deny a certificate of appealablility.  *Id*.  Although the parties were advised of their rights to file objections within 14 days, that time has expired with no objections having been filed with the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation, the court **ADOPTS** the report and **ACCEPTS** the recommendation.  Accordingly, Parker's petition for writ of habeas corpus is due to be dismissed without prejudice.  Further, because the petition does not present issues that are debatable among jurists of

reason, a certificate of appealability is due to be denied. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), *Rules Governing § 2254 Proceedings*.

    A separate Final Order will be entered.

    **DONE** the 28th day of July, 2022.

                                         **ABDUL K. KALLON**
                                      UNITED STATES DISTRICT JUDGE